IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CARPENTERS TRUST FUNDS, *Health & Welfare Fund by its trustees; Apprenticeship & Training Fund by its trustees; Vacation & Holiday Fund by its trustees; Market Recovery Program by its trustees; Financial Security Fund by its trustees; Drywall Training Fund by its trustees; 401-K Fund by its trustees,*<br><br>Plaintiffs,<br><br>vs.<br><br>CAVALIER CONSTRUCTION, INC.,<br><br>Defendant. | CIVIL NO. 14-00012 JMS-BMK<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on June 3, 2014, and served concurrently upon those counsel of record who are registered participants of CM/ECF, and served on June 4, 2014, by First Class Mail addressed to Defendant at the address that is noted in the Certificate of Service appended and filed with plaintiff's Ex Parte Request to Clerk for Entry of Default, *See* docket entry no. [6], and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO ENTER DEFAULT JUDGMENT AGAINST DEFENDANT CAVALIER CONSTRUCTION, INC.," Doc. No. 13, are ADOPTED as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, June 25, 2014.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*Hawaii Carpenters Trust Funds, et al. v. Cavalier Construction, Inc.*, Civ. No. 14-00012 JMS-BMK, Order Adopting Magistrate Judge's Findings and Recommendation